UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TINA BROVOLD,

         Plaintiff,

   v.

SAFEWAY, INC.,

         Defendant.

CASE NO. C20-5792 BHS-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 16. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**; and

    (2)    Plaintiff's motion to remand is **DENIED.**

Dated this 9th day of November, 2020.

BENJAMIN H. SETTLE
United States District Judge

ORDER